| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Frank X Ruggier<br>15545 Devonshire Street<br>Suite 110<br>Mission Hills, CA 91345<br><br>818-796-3529<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| In re:<br><br>Maricela Ruiz<br><br><br>Debtor(s). | CASE NO.: 6:21-bk-12517-SY<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 6:21-ap-01121-SY |
|---|---|
| Larry D. Simons, Chapter 7 Trustee<br><br>Plaintiff(s)<br>Versus<br>Adan A. Ruiz<br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **11/26/2021.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**          **January 27, 2022**
    **Time:**         **09:30 AM**
    **Hearing Judge:** **Scott H. Yun**
    **Location:**     **3420 Twelfth St., Crtrm 302, Riverside, CA 92501**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                            Page 1           **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016−1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court−approved joint status report form is available on the court's website (LBR form F 7016−1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016−1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                               KATHLEEN J. CAMPBELL
                                               CLERK OF COURT


Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: October 27, 2021


                                           By:    "s/" Cynthia Potier
                                                    Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                          Page 2                    F 7004−1.SUMMONS.ADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____   _____   _____
Date                        Printed Name                Signature

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                           **F 7004-1.SUMMONS.ADV.PROC**

1  Frank X. Ruggier, CLS-B (CA Bar No. 198863)
   *frank@lsimonslaw.com*
2  **LAW OFFICES OF LARRY D. SIMONS**
   15545 Devonshire Street, Suite 110
3  Mission Hills, California 91345
   Telephone: 818.672.1778
4  Facsimile: 626.389.5607

5  Attorney for Plaintiff Larry D. Simons, Chapter 7 Trustee

6
7
8              UNITED STATES BANKRUPTCY COURT
9         CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION
10

| 11 | In re | Case No. 6:21-bk-12517-SY |
| 12 | MARICELA RUIZ, | |
| 13 | Debtor. | |
| 14 | | Adv. Proc. No. |
| 15 | | Chapter 7 |
| 16 | LARRY D. SIMONS, Chapter 7 Trustee, | **COMPLAINT TO:** |
| 17 | Plaintiff, | 1) **OBTAIN DECLARATORY RELIEF THAT REAL PROPERTY SHOULD BE CHARACTERIZED AS COMMUNITY PROPERTY; AND** |
| 18 | v. | 2) **AUTHORIZE SALE OF PROPERTY OWNED IN PART BY NON-DEBTOR PURSUANT TO 11 USC § 363(H)** |
| 19 | ADAN A. RUIZ, an individual, | |
| 20 | Defendant. | |
| 21 | | DATE:  TO BE SET |
| 22 | | TIME:  TO BE SET |
| | | PLACE:  Courtroom 302 |
| 23 | | United States Bankruptcy Court |
| | | 3420 Twelfth Street |
| | | Riverside, CA 92501 |

24
25  ///
26  ///
27  ///
28  ///

1
COMPLAINT TO: 1) OBTAIN DECLARATORY RELIEF THAT REAL PROPERTY SHOULD BE
CHARACTERIZED AS COMMUNITY PROPERTY; AND 2) AUTHORIZE SALE OF PROPERTY
OWNED IN PART BY NON-DEBTOR PURSUANT TO 11 U.S.C. § 363(H)

**TO THE DEFENDANT, AND HIS COUNSEL OF RECORD, IF ANY:**

For his Complaint for Declaratory Relief to Characterize Real Property as Community Property Despite Being Held in Joint Tenancy and alternatively for Authority to Sell Property Owned in part, by Non-Debtor pursuant to 11 U.S.C. § 363(h)(the "Complaint") against defendant Adan Ruiz (the "Defendant"), plaintiff Larry D. Simons, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee" or "Plaintiff") for the estate of Maricela Ruiz (the "Debtor) hereby alleges as follows:

## STATEMENT OF JURISDICTION, PARTIES AND PROCEEDINGS

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 157(b)(1) and § 1334(a) as this is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (N) and (O). Venue properly lies in this judicial district pursuant to 28 U.S.C. § 1409(a) and because this is a civil proceeding arising and/or related to the Debtor's chapter 7 case, styled In re Maricela Ruiz, bearing Bankruptcy Case No. 6:21-bk-12517-SY, currently pending in the Riverside Division of the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Case").

2. Plaintiff Larry D. Simons (the "Trustee" or "Plaintiff") is the duly appointed, qualified and acting Chapter 7 trustee of the bankruptcy estate (the "Estate") created in the instant chapter 7 Bankruptcy Case. Plaintiff brings this action solely in his capacity as Trustee for the benefit of the Estate and its creditors.

3. Debtor Maricela Ruiz (the "Debtor") initiated this case by filing a voluntary Chapter 7 petition on May 5, 2021 (the "Petition Date").

4. Defendant Adan A. Ruiz (the "Defendant") is an individual residing within the jurisdiction of this Court.

5. Plaintiff is informed and believes and, on that basis alleges that, at all relevant times, the Defendant is the husband of the Debtor.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

6. The instant complaint (the "Complaint") against the Defendant initiates an adversary proceeding in which Plaintiff is seeking to determine the extent of the Estate's interest in the improved real property commonly known as 22331 Walnut Street, Wildomar, California 92595 with

Law Offices of Larry D. Simons
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
TEL 818.672.1778 • FAX 626.389.5607

Assessor's Parcel Number ("APN") of 367-160-028-1 (the "Subject Property").

7. Plaintiff is informed and believes and, on that basis alleges that, the Debtor and the Defendant were married on August 6, 2006.

8. Plaintiff is informed and believes and, on that basis alleges that, the Debtor and Defendant acquired title to the Subject Property via a grant deed recorded in the Official Records of the Recorder's Office of Riverside County, California on July 29, 2008 as Document Number 2008-0413574 (the "Grant Deed").

9. Plaintiff is informed and believes and, on that basis alleges that, the Grand Deed reflects that title for the Subject Property was vested as "ADAN A. RUIZ and MARICELA RUIZ, husband and wife as joint tenants".

10. Plaintiff is informed and believes and, on that basis alleges that, on or about November 1, 2019, the Defendant filed a petition for dissolution of marriage in the Superior Court of California, Riverside County, bearing Case No. FLHE1802117 (the "Family Law Case").

11. Plaintiff is informed and believes and, on that basis alleges that, the Family Law Case is still pending and the family law court has not entered a judgment dividing the community property of the Debtor and the Defendant.

12. Plaintiff is informed and believes and, on that basis alleges that, the Subject Property is located in the County of Riverside and within the Central District of California.

13. Plaintiff is informed and believes and, on that basis alleges that, the Subject Property has a current fair market value of approximately $625,000.00. Plaintiff is further informed and believes and, on that basis alleges that, the Subject Property is encumbered by a deed of trust with an approximate balance of $260,000.00.

14. Plaintiff is informed and believes and, on that basis alleges that, the Subject Property has significant equity and if sold, would be a benefit to the Estate and its Creditors.

15. Plaintiff is informed and believes and, on that basis alleges that, there exists community claims including, but not limited, claims of the Internal Revenue Service and the Franchise Tax Board, to which the Subject Property is liable.

///

# FIRST CLAIM FOR RELIEF

## FOR DECLARATORY RELIEF AS TO OWNERHSIP OF THE SUBJECT PROPERTY

### [11 U.S.C. § 541(a)(2)]

16. Plaintiff realleges each and every allegation contained in paragraphs 1 through 15 of this Complaint and, by this reference, incorporates the allegations as though set forth fully herein.

17. Plaintiff is informed and believes, and on that basis alleges thereon that, the Subject Property was acquired during marriage by the Debtor and the Defendant and that the Subject Property is undivided community property despite it being held by the Debtor and the Defendant as joint tenants.

18. Plaintiff is informed and believes, and on that basis alleges thereon that, the Debtor's Schedule A/B reflects that the Subject Property is co-owned with Adan A. Ruiz.

19. Plaintiff is informed and believes, and on that basis alleges thereon that, the Debtor alleges in the Family Law Case that she has a community property interest in the Subject Property.

20. An actual controversy has arisen and now exists between the Plaintiff, the Debtor and the Defendant as to the nature and extent of the Debtor's and the Estate's interest in the Subject Property.

21. Plaintiff desires a judicial determination by this Court that the Subject Property shall be treated as community property and sold in its entirety by the Trustee in accordance with 11 U.S.C. § 541(a)(2) and in reliance on <u>In re Brace</u>, 9 Cal.5th 903, 924 (2020).

# SECOND CLAIM FOR RELIEF

## TO OBTAIN APPROVAL FOR SALE OF REAL PROPERTY OWNED, IN PART, BY A NON DEBTOR

### [11 U.S.C. § 363(h)]

22. Plaintiff realleges each and every allegation contained in paragraphs 1 through 21 of this Complaint and, by reference, incorporates the allegations as though set forth fully herein.

23. Based upon the current value of the Subject Property and the outstanding debt against the Subject Property as of the Petition Date, and taking into account, estimated costs of sale,

Law Offices of Larry D. Simons
15545 Devonshire Avenue, Suite 110
Mission Hills, California 91345
TEL. 818.672.1778 • FAX 626.389.5607

the Subject Property has significant equity, at least half of which constitutes property of the Estate, and if sold would be benefit to the Estate and its creditors.

24. Partition of the Subject Property between the Estate and Defendant is impracticable.

25. The sale of the Estate's undivided interest in the Subject Property would realize significantly less for the Estate than sale of the Subject Property free of the interests of the Defendant.

26. The benefit to the Estate of a sale of the Subject Property free of the interests of Defendant outweighs the detriment, if any, to the Defendant.

27. The Subject Property is not used in the production, transmission, or distribution, for sale, of electric energy or of natural or synthetic gas for heat, light or power.

28. By reason of the foregoing, the Plaintiff may sell the interest of Defendant in the Subject Property pursuant to 11 U.S.C. Section 363(h).

**WHEREFORE**, Plaintiff respectfully prays for judgment as follows:

ON THE FIRST CLAIM FOR RELIEF

1. For a judgment that the Subject Property should be treated as community property with the entire interest becoming part of the Estate pursuant to 11 U.S.C. § 541(a)(2); or

ON THE SECOND CLAIM FOR RELIEF

2. To obtain approval for the sale of the interest of the Defendant, a non-Debtor in the Subject Property pursuant to 11 U.S.C. § 363(h);

ON ALL CLAIMS FOR RELIEF

3. For costs of suit incurred herein; and

4. For such other and further relief as this Court deems just and proper.

Dated: October 26, 2021            LAW OFFICES OF LARRY D. SIMONS

                                   Frank X. Ruggier
                                   Attorney for Plaintiff Larry D. Simons,
                                   Chapter 7 Trustee

5
COMPLAINT TO: 1) OBTAIN DECLARATORY RELIEF THAT REAL PROPERTY SHOULD BE CHARACTERIZED AS COMMUNITY PROPERTY; AND 2) AUTHORIZE SALE OF PROPERTY OWNED IN PART BY NON-DEBTOR PURSUANT TO 11 U.S.C. § 363(H)

*Effective August 1, 2020*

# STATUS CONFERENCE PROCEDURES
# FOR THE HON. SCOTT H. YUN

The court will set an initial status conference in all adversary proceedings and chapter 11 cases. Trial counsel must appear at the initial adversary proceeding status conference in person, and debtor's counsel must appear at the initial chapter 11 status conference in person. Unless otherwise ordered by the court, parties and counsel may attend subsequent status conferences telephonically in accordance with Judge Yun's telephonic appearance procedures (which are available on the court's website, www.cacb.uscourts.gov, by clicking on "Judges," "Our Judges," and then the judge's name).

## I.    STATUS REPORTS

A.    A thorough, written status report, filed fourteen days in advance of the hearing, is required before **every initial or continued** adversary proceeding and chapter 11 status conference. For adversary proceeding status conferences, the status report must be a joint status report using Local Bankruptcy Rule Form F 7016-1.STATUS.REPORT. This form is available on the court's website. Failure to file a joint status report may result in the imposition of monetary sanctions or the status conference being continued and parties being ordered to redo the status report to conform to the Local Bankruptcy Rule form. For chapter 11 status conferences, please **do not** use the optional form F 2081-1.1.C11.STATUS.RPT.

B.    Pursuant to Local Bankruptcy Rule ("LBR") 7016-1(a)(3), if a defendant has not responded to the complaint or fails to cooperate in the preparation of a joint status report, the plaintiff is required to file a unilateral status report not less than seven days before the date scheduled for the status conference. The unilateral status report shall include a declaration setting forth the attempts made by the plaintiff to contact or obtain the cooperation of the defendant in the preparation of a joint status report.

A status report (either joint or unilateral) is not required *only* in the following limited circumstances:

1. The matter is an adversary proceeding and, prior to the date scheduled for the status conference, the court has entered an order approving a stipulation that resolves all issues raised by the adversary proceeding that provides either for dismissal of the action in its entirety or the entry of judgment in the action.

2. Prior to the date scheduled for the status conference, the court has entered an order approving a stipulation continuing the status conference to a later date (a written status report must be filed not less than fourteen days in advance of the continued status conference date).

*Effective August 1, 2020*

    3. The court has expressly relieved the parties of the obligation to file a written status report.

Unless one of the three exceptions outlined above applies, status reports must be filed in a timely manner. Parties that fail to do so may be subject to a minimum sanction of $500.00, or such other sanctions as may be warranted under the circumstances or allowed under LBR 7016-1(f) and 11 U.S.C. § 105.

Failure to appear for a status conference in an adversary proceeding may also result in a minimum sanction of $750.00, dismissal of the adversary proceeding for failure to prosecute, or such other sanctions as may be warranted under the circumstances or allowed under LBR 7016-1(f) and 11 U.S.C. § 105.

## II. DEFAULT

If a response to the complaint is not timely filed, the plaintiff should file a request for entry of default by the clerk. The plaintiff also may request entry of a default judgment by filing and serving (if necessary) an appropriate motion with supporting evidence. See Fed. R. Bankr. P. 7055 and LBR 9021-1(d).

## III. FINAL JUDGMENT

If the parties dispute whether the court can enter a final judgment or order in the adversary proceeding, they must file points and authorities in support of their positions. Any party contending that the court cannot enter a final judgment must file and serve a memorandum of points and authorities, along with evidence, in support of its position no less than fourteen days before the initial status conference. Any response must be filed at least seven days before the initial status conference. **If a party does not file and serve its papers in a timely manner, that failure may be deemed consent to whatever determination the court makes.**

## IV. JURY TRIAL

Any party claiming a right to trial by jury must make a timely demand as set forth in LBR 9015-2. Any party asserting a right to a jury trial must file and serve a memorandum of points and authorities, along with evidence, in support of its position no less than fourteen days before the initial status conference. Any response must be filed at least seven days before the initial status conference. **If a party does not file and serve its papers in a timely manner, that failure may be deemed consent to whatever determination the court makes.**

## V. MISCELLANEOUS FOR ADVERSARY PROCEEDINGS

    1.    Unless otherwise ordered by the court, within seven days after the initial status conference, the plaintiff must submit a scheduling order.

*Effective August 1, 2020*

      2.    A copy of these instructions—including LBR Form F 7016-1.STATUS.REPORT attached as Exhibit A—must be attached to every copy of the complaint served upon a party, and the proof of service must state that a copy of these instructions was served along with a copy of the summons and complaint.

*Effective August 1, 2020*

# EXHIBIT A

(The plaintiff shall attach a copy of Local Rule Form
F 7016-1.STATUS.REPORT here)

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - \*\*SELECT DIVISION\*\***

| In re: | CASE NO.: |
|---|---|
| | ADVERSARY NO.: |
| | CHAPTER: |
| Debtor(s). | |
| | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| vs.                          Plaintiff(s). | DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Defendant(s). | |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?    ☐ Yes    ☐ No

2. Have all parties filed and served answers to the Claims Documents?    ☐ Yes    ☐ No

3. Have all motions addressed to the Claims Documents been resolved?    ☐ Yes    ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1?    ☐ Yes    ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                                    F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?
   <u>Plaintiff</u>     <u>Defendant</u>

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   <u>Plaintiff</u>     <u>Defendant</u>

3. When do you expect to complete <u>your</u> discovery efforts?
   <u>Plaintiff</u>     <u>Defendant</u>

4. What additional discovery do you require to prepare for trial?
   <u>Plaintiff</u>     <u>Defendant</u>

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?
   <u>Plaintiff</u>     <u>Defendant</u>

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   <u>Plaintiff</u>     <u>Defendant</u>

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 2     F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

<u>Plaintiff</u>                                                         <u>Defendant</u>

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                                         <u>Defendant</u>
Pretrial conference ☐ is ☐ is not requested    Pretrial conference ☐ is ☐ is not requested
Reasons:                                        Reasons:


<u>Plaintiff</u>                                                         <u>Defendant</u>
Pretrial conference should be set <u>after</u>:    Pretrial conference should be set <u>after</u>:

(*date*) _____                             (*date*) _____

E. **SETTLEMENT:**

1. What is the status of settlement efforts?



2. Has this dispute been formally mediated?    ☐ Yes    ☐ No
   If so, when?



3. Do you want this matter sent to mediation at this time?

<u>Plaintiff</u>                                                         <u>Defendant</u>

☐ Yes  ☐ No                                    ☐ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                           Page 3                           **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

|  Plaintiff  |  Defendant  |
|---|---|
| ☐ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Respectfully submitted,

Date: _____          Date: _____

_____          _____
Printed name of law firm                Printed name of law firm


_____          _____
Signature                               Signature


_____          _____
Printed name                            Printed name

Attorney for: _____          Attorney for: _____

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                Page 4                F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____  _____  _____
*Date*           *Printed Name*                *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15545 Devonshire Street, Suite 110, Mission Hills, CA 91345

A true and correct copy of the foregoing document entitled:
**(1) Summons And Notice Of Status Conference In Adversary Proceeding**

**(2) Complaint To: 1) Obtain Declaratory Relief That Real Property Should Be Characterized As Community Property; And 2) Authorize Sale Of Property Owned In Part By Non-Debtor Pursuant To 11 USC § 363(H)**

**(3) Status Conference Procedures For The Honorable Scott H. Yun**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **10/28/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Frank X. Ruggier:** frank@ruggierlaw.com, enotice@pricelawgroup.com
**Larry D. Simons (TR):** larry@lsimonslaw.com, c119@ecfcbis.com, nancy@lsimonslaw.com, cynthia@lsimonslaw.com, simonsecf@gmail.com, kareng@lsimonslaw.com
**United States Trustee (RS):** ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **10/28/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge:** Honorable Scott H. Yun, 3420 Twelfth Street, Suite 345, Riverside, CA 92501-3819
**Defendant:** Adan A. Ruiz, 22331 Walnut Street, Wildomar, CA 92595

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/28/2021 | Karen Green | /s/ Karen Green |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE